**EX PARTE Alvin James JOHNSON**

**CR-14-0586**

Court of Criminal Appeals of Alabama.

03/13/2015

Mand. pet. dismissed

■

**EX PARTE Cordarius Dewayne HILL**

**CR-14-0597**

Court of Criminal Appeals of Alabama.

03/13/2015

Mand. pet. dismissed

■

**EX PARTE Danny BLAKES**

**CR-14-0598**

Court of Criminal Appeals of Alabama.

02/24/2015

Mand. pet. denied

■

**EX PARTE Carlos MCQUARLEY**

**CR-14-0600**

Court of Criminal Appeals of Alabama.

02/24/2015

Mand. pet. dismissed

■

**EX PARTE Joseph A. RIVAS**

**CR-14-0602**

Court of Criminal Appeals of Alabama.

03/05/2015

Transferred to Jefferson Cir. Ct.

■

**Joseph WEST**

v.

**STATE**

**CR-14-0611**

Court of Criminal Appeals of Alabama.

03/13/2015

Transferred to Ct. of Civ. App.

■

**EX PARTE Edmund Anthony CARTER**

**CR-14-0619**

Court of Criminal Appeals of Alabama.

03/05/2015

Mand. pet. denied